[No. 18140-5-III.    Division Three.    April 25, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. GINO GONZAGA RODRIQUEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 98-1-02033-5, Michael E. Donohue, J., entered December 17, 1998. *Reversed* by unpublished opinion per Kurtz, C.J., concurred in by Brown and Kato, JJ.

[No. 17997-4-III.    Division Three.    April 25, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. RAMON ORTIZ, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 98-1-00167-8, Philip M. Raekes, J., entered November 6, 1998. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Brown, A.C.J., and Schultheis, J.

[No. 18391-2-III.    Division Three.    April 27, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. STEPHAN ELDORADO GRIFFIN, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 98-1-02753-4, Gregory D. Sypolt, J., entered April 19, 1999. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kurtz, C.J., and Brown, J.

[No. 18149-9-III.    Division Three.    April 27, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. GRACIE HINOJOSA, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 98-1-00592-4, Craig J. Matheson, J., entered November 23, 1998. *Affirmed* by unpublished opinion per Kurtz, C.J., concurred in by Sweeney and Kato, JJ.